## GREEN v. PINNELL.

No. 19387.   Opinion Filed Oct. 29, 1929.

A. M. Armstrong, for plaintiff in error.

Dyke Ballinger, for defendant in error.

PER CURIAM. Under authority of Ellis v. Outler, 25 Okla. 469, 106 Pac. 957, this cause is reversed and remanded for failure of defendant in error to file brief as required by rule 7 of this court.

Note.—See "Appeal and Error,," 3 C. J. §1607, p. 1447, n. 46.